IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02713–REB–KMT

DAVID L. HAMILTON, an individual,

    Plaintiff,

v.

EMERALD ISLE LENDING COMPANY, a Colorado corporation,
GGBC INVESTMENT PROPERTIES, LLC, a Colorado limited liability company,
STEPHEN P. GALLAGHER, individually,
HOLLY A. COOK, individually,
DAVID J. GOLDBERG, individually,
MICHAEL J. BUSHELL, individually, and
SCOTT L. CROSBIE, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Ex Parte Motion for Issuance of Notice of Pending Action-Lis Pendens" (Doc. No. 4, filed November 12, 2010) is DENIED. The California lis pendens statutes do not authorize recording a notice of litigation that is pending in the courts of another state. *Formula Inc. v. Superior Court*, 168 Cal. App. 4th 1455, 1462 (Cal. Ct. App. 2008).

Dated: November 17, 2010