**Brian T. Ray**

**From:** Brian T. Ray
**Sent:** Thursday, December 09, 2010 2:19 PM
**To:** 'dave.hamilton19@gmail.com'
**Cc:** 'D. Sean Velarde'; 'Merc Pittinos'; Robert W. Hatch II; 'Steve Gallagher'
**Subject:** Federal Court Lawsuit - Conferral Re: Rule 11 Motion

Mr. Hamilton -

I have been told by Sean Velarde that you are unrepresented in the federal court lawsuit. Pursuant to F.R.C.P. 11(b), we will be filing a motion for sanctions within the next 21 days for your filing of multiple lawsuits involving the same matter in multiple forums as well as for making misrepresentations to the court regarding the "false information" you claim to the federal court was provided by "Mr. Gallagher."

However, in your statements to the FBI, to Judge Madden under oath in the Colorado State Court matter and to Judge Munsinger in the Quinlan matter, you expressly stated that it was <u>Norma Walker</u> and not Mr. Gallagher that gave you the alleged false information. The representation you made to the Court about Mr. Gallagher providing false information has no evidentiary support and contradicts your prior sworn testimony.

We ask that you withdraw the Complaint within 21 days or risk sanctions being imposed by the Court. We will ask for payment of attorneys fees and costs.

This is our attempt to confer with you pursuant to F.R.C.P. 11(b). Thank you.

Very truly yours,

**Brian T. Ray**



L A W Y E R S

**730 Seventeenth Street, Suite 200
Denver, Colorado 80202
(303) 298-1800
(303) 298-1804 (fax)
www.hatchlawyers.com**

*This email message is for the sole use of the intended recipient(s) and may include confidential and privileged information. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.*

*This correspondence, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding penalties that may be imposed under Federal tax laws. This statement is made in compliance with Circular 230, 31 C.F.R. Part 10. For any questions regarding this statement, please contact Hatch Halstead LLC. Thank you*



EXHIBIT 1

3/10/2011