## Brian T. Ray

| | |
|---|---|
| **From:** | Brian T. Ray |
| **Sent:** | Thursday, February 17, 2011 1:34 PM |
| **To:** | 'dave.hamilton19@gmail.com' |
| **Cc:** | Renae L. Friedrichs |
| **Subject:** | Motion for Sanctions |
| **Attachments:** | Defendants Motion for Sanctions (00054892).PDF |

Dave -

Attached is the Motion for Sanctions discussed in my Reply in Support of Motion to Dismiss. We are serving this on you 21 days before we intend to file the motion with the court pursuant to FRCP 11(c)(2). You have 21 days to withdraw the complaint and correct the misrepresentations or we intend to file the attached. Let me know if you have any questions. This is also being sent to you via U.S. Mail.

Thank you.

Brian Ray
Hatch Halstead LLC

EXHIBIT 2

3/10/2011