## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02713-REB-KMT

DAVID L. HAMILTON, an individual,

        Plaintiff,

v.

EMERALD ISLE LENDING COMPANY, a Colorado corporation; GGBC INVESTMENT PROPERTIES, LLC, a Colorado limited liability company; STEPHEN P. GALLAGHER, individually; HOLLY A. COOK, individually; DAVID J. GOLDBERG, individually; MICHAEL J. BUSHELL, individually; and SCOTT L. CROSBIE, individually.

        Defendant(s).

---

## ORDER RE: DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO F.R.C.P. 11(b) AND REQUEST FOR ATTORNEYS' FEES AND COSTS

---

      THE COURT, having reviewed Defendants' Motion for Sanctions Pursuant to F.R.C.P. 11(b) and Request for Attorneys' Fees and Costs, and being fully advised in the premises does hereby GRANT the Motion and ORDERS that Plaintiff shall be liable for all reasonable attorneys' fees and costs incurred by Defendants' counsel in defending against this action. The Court hereby FINDS that the representations contained in the Complaint are false and that Plaintiff knowingly submitted those representations to this Court at a time when Plaintiff knew or reasonably knew the allegations were false. Accordingly, the Court orders Defendants to submit to this Court an Affidavit of Attorneys' Fees and Costs within ten (10) days of the date of this Order.

      SO ORDERED this _____ day of _____, 2011

                                              _____
                                              District Court Judge/Magistrate