IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02713–REB–KMT

DAVID L. HAMILTON, an individual,

    Plaintiff,

v.

EMERALD ISLE LENDING COMPANY, a Colorado corporation,
GGBC INVESTMENT PROPERTIES, LLC, a Colorado limited liability company,
STEPHEN P. GALLAGHER, individually,
HOLLY A. COOK, individually,
DAVID J. GOLDBERG, individually,
MICHAEL J. BUSHELL, individually, and
SCOTT L. CROSBIE, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Order Requesting Records from United States Bankruptcy Court, Eastern District of California" (Doc. No. 71, filed April 25, 2011) is DENIED. Plaintiff apparently seeks information from the Bankruptcy Court that is not available to the general public and that is internal information kept by the Bankruptcy Court. This court has no authority to order another court to provide information that it would not otherwise provide to a party or a member of the general public. Moreover, this court, in its Recommendation, found that, though the Bankruptcy Court's written order dismissing the case was filed on July 30, 2009, the dismissal was effective on July 29, 2009, when the bankruptcy judge made his oral ruling. (*See* Doc. No. 65 at 28.) Plaintiff's attempt to obtain information about when the Bankruptcy Court's order was docketed is irrelevant.

Dated: April 27, 2011